IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY ANN McNAMARA on behalf of
  C.M., a Minor                                                           Plaintiff

v.                              4:08CV00524 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 29th day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE